UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYL L. O'LEARY, an individual, formerly known as SHARYL L. GEORGE, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC, a Texas Limited Liability Company, authorized to do business in California; and, Does 1 through 10,<br><br>            Defendants. | CASE NO.: 2:16-CV-00027-TLN-KJN<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

CASE NO.: 2:16-CV-00027-TLN-KJN
ORDER GRANTING STIPULATION TO EXTEND
TIME TO RESPOND TO COMPL.

1

1  The Court, having reviewed the Joint Stipulation to extend time to respond to the
2  complaint and GOOD CAUSE APPEARING,
3  **IT IS HEREBY ORDERED THAT:**
4  1.  The deadline for Wells Fargo to respond to the Complaint is extended from
5  February 9, 2016 to March 8, 2016.
6  **IT IS SO ORDERED.**
7
8  Dated: February 8, 2016

Troy L. Nunley
United States District Judge